UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

__William Hall__
__2425 Marlboro St__
__East Meadow NY 11554__
NAME OF PLAINTIFF(S)

AMENDED

**COMPLAINT**

12-cc-01928-SLT-MDG

v.

__New York City__
__100 Church Street__
__NY NY. 10007__
NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

_____      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

RECEIVED AUG 29 2012 PRO SE OFFICE

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

   2425 MARLBORO ST
   Street Address

   NASSAU, NY, 11554, 516 8097143
   County    State    Zip Code    Telephone Number

2. Defendant(s) resides at, or its business is located at:

   100 Church STREET
   Street Address

   Kings, NY, NY, 10007
   County    City    State    Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

   53-15 58 STREET (CRS)
   Street Address

   Queen, NY, NY,
   County    City    State    Zip Code

-2-

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*.

   _____ Failure to hire.

   _____ Termination of my employment.

   _____ Failure to promote.

   ✓ Failure to accommodate my disability.

   ✓ Unequal terms and conditions of my employment.

   ✓ Retaliation

   _____ Other acts *(specify)*: _____.

   **NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:
   __OCT 2010__.
   Date(s)

6. I believe that the defendant(s) *(check one)*

   ✓ is still committing these acts against me.

   _____ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
   *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

   [ ] race _____   [ ] color _____

   [ ] gender/sex _____   [ ] religion _____

   [ ] national origin _____

   [✓] disability  __HEARING__

   [✓] age. If age is checked, answer the following:

   I was born in __1953__. At the time(s) defendant(s) discriminated against me,
   Year
   I was [✓] more [ ] less than 40 years old. *(check one)*.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8. The facts of my case are as follows:

TRANSFERRED ME AND REPLACED ME BY A YOUNGER MORE ABLE BODIED WORKER, WHOM HAS THE SAME JOB TITLE

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9. It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: 7-13-2011
   Date

10. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 7-20-2011
    Date

**Only litigants alleging age discrimination must answer Question #11.**

11. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

   ✓ 60 days or more have elapsed.

   ___ less than 60 days have elapsed.

12. The Equal Employment Opportunity Commission *(check one)*:

   ___ has not issued a Right to Sue letter.

   ✓ has issued a Right to Sue letter, which I **received on** 01/28/2012
   Date

**NOTE:** Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Dated: 8/29/2012

_____
PLAINTIFF'S SIGNATURE

2425 MARLBORO ST
EAST MEADOW NY 11554
Address

516 809 7143
Phone Number

rev. 5/1/12

-5-

| | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
|---|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | William Hall<br>2425 Marlboro Street<br>East Meadow, NY 11554 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2011-04105 | Holly M. Woodyard,<br>Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Kevin J. Berry,
District Director

January 23, 2012
*(Date Mailed)*

Enclosures(s)

cc: CITY OF NEW YORK, POLICE DEPARTMENT
Attn: Legal Bureau
One Police Plaza, Room 1406
New York, NY 10038