ORIGINAL ✓

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*William Hall*
*2425 MARlBoRo sT.*
*EAST MEADOW NY 11554*
NAME OF PLAINTIFF(S)

*AMMENDED*
COMPLAINT
*JURY TRIAL DEMANDED*
*12-CV- 1928 (SLT)(MDG)*

v.

*CITY OF NEW YORK*
*160 CHuRCH STREET*
*NY NY 10007*
NAME OF DEFENDANT(S)



RECEIVED
NOV 16 2012
PRO SE OFFICE

*Reserved 11/20/12*
Ⓧ

        This action is brought for discrimination in employment pursuant to (check only those that apply):

_____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

✓_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

✓_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112  - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the

aformentioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate

under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991,

Pub. L. No. 102-166, and any related claims under New York law.

1.    Plaintiff resides at:

    2425 MARlBORO STREET
    Street Address

NASSAU , NY , 11554 516 8097143
County      State      Zip Code      Telephone Number

2.    Defendant(s) resides at, or its business is located at:

    100 chURch STREET
    Street Address

Manhattan, NY , NY , 10007
County      City      State      Zip Code

3.    The address at which I sought employment or was employed by the defendant(s) is:

    53 - 15 58 STREET
    Street Address

QUEENs , NY , NY , 11377
County      City      State      Zip Code

4.    The discriminatory conduct of which I complain in this action includes (check only those that apply).

_____        Failure to hire.

_____        Termination of my employment.

_____        Failure to promote.

___✓___        Failure to accommodate my disability.

___✓___        Unequal terms and conditions of my employment.

___✓___        Retaliation

_____        Other acts (specify): _____.

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.    It is my best recollection that the alleged discriminatory acts occurred on:
_____ Oct. 2010 _____.
Date(s)        on going

6.    I believe that the defendant(s) (check one)

___✓___ is still committing these acts against me.

_____ is not still committing these acts against me.

7.    Defendant(s) discriminated against me based on my:
(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)

[ ]    race _____        [ ]    color _____

[ ]    gender/sex _____        [ ]    religion _____

[ ]    national origin _____

[✓]    age  57        My date of birth is: 12/04/1953
                                                    Date

[✓]    disability  HEARing .

*NOTE: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

NOTE:        *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.    The facts of my case are as follows:

Please see attachments of all four(4) complaints filed at the NY State EEOC which were combined by the Regional Director, Leon C. Dimaya and the Federal EEOC agent, Miss Holly Woodward, who agrees with this decision.

_____

_____

_____

_____

*(Attach additional sheets as necessary)*

NOTE:        *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.    It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: 7 - 13 - 2011
                                                           Date

10.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 7 - 20 - 2011
                                                           Date

I was transferred by my supervisors and replaced by a younger and more able bodied worker who had the same job title as myself. I was transferred from working in the parts department of the New York City Police Department where I was stationed for 21 years and was told I would be put in the repair shop to repair the department vehicles . I was not trained in use of the equipment to repair vehicles nor trained on the latest vehicles in the department. However, the supervisors did send the mechanic that replaced me in parts for auto repair 00training. These incompetent decisions endangered myself, co workers, police officers and my family.

I received overtime before the charges were filed. I received none after the charges were filed. I filed the charge of no training and was given training after the charge was filed. No overtime is a financial burden.

I was offered overtime for the December 2011 blizzard after it was refused by younger workers on my tour. I did the overtime with some Roadside mechanics and was sent home after two hours of work. These younger and more able bodied workers stayed for four hours or more. Supervisors called in the day tour mechanics early to replace me and gave them the overtime instead of giving it to me. No other overtime was given to me,but younger  able bodied workers received a larger amount of overtime that year. I would like to add that within the last year, this has been ongoing.

While taking a break during my work shift on January 20, 2011 with my co-workers, a younger black co-worker, Sean Rodney, came into the lunchroom and ordered me out of his "seat". I got out of the seat and gave  it to him.As I did so, he stated that if he caught me in "his" seat again, he would beat me up. Later in the break, he said I ask too many questions and borrow too many tools. If you want help, he said, you will have to buy us all dinner. He then attempted to get the other co-workers to agree.  Some did. The reference to "too many questions" refers to my hearing loss and all the co-workers are younger than  me and this co-worker is black.  All  co-workers including the supervisor, Chris Devaney, have been antagonizing me about my hearing disability and my age,saying  such things as "stupid old fuck", "idiot", "jerk", "I told you a thousand times", "don't make me tell you again". I no longer sit in that lunch room. Additionally, the agency is steering overtime away from me to younger co-workers with no disabilities. I asked for a locker and a vise and to date have no received either. I never asked for things in writing. Other workers ask for these things and are given them in a reasonable length of time. Vacation time is being withheld by the agency , although they were ordered to return it to me.

**Cause of action**

Verbal abuse and threats of physical abuse, retaliation, and lack of investigating by employer and it's employees dating from October 2010 resulting in incompetence by the employer. Negligence, age discrimination, disability discrimination,  verbal assault and physical assault by the co-workers and management are the reasons for this lawsuit.

I am suing for the damages in the sum of $ 300,000.00
    Please see the additional charges included within this package.

Sincerely,

William J. Hall

**Only litigants alleging age discrimination must answer Question #11.**

11.   Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct (check one),

_____✓_____   60 days or more have elapsed.

_____   less than 60 days have elapsed.


12.   The Equal Employment Opportunity Commission (check one):

_____   has not issued a Right to Sue letter.

___✓___   has issued a Right to Sue letter, which I
          **received on** _01/28/2012_ .
          Date

**NOTE:**   Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
          Commission to this complaint.

      WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, costs, and attorney's fees.


                                    _____
                                    PLAINTIFF'S SIGNATURE

Dated: __11/15/2012__


                                    _2425 MARIBOR ST_
                                    Address
                                    _EAST MEADOW NY 11554_
                                    _516 809 7143_
                                    Phone Number


-5-



POLICE DEPARTMENT
Office of Equal Employment Opportunity
One Police Plaza, Room 1204
New York, NY 10038
(646) 610-5330

## CONFIDENTIAL

November 25, 2011

Re: OEEO Case # 237s.11

William Hall
2425 Marlboro Road
East Meadow, NY 11554

Dear Auto Mechanic Hall:

A review of an allegation reported on your behalf on September 6, 2011, carried under OEEO Case # 237s.11, has been completed. Sergeant Aiello, of my staff, was informed that you were subjected to disparate treatment. You were informed by Sergeant Aiello that since you filed the same complaint with the New York State Division of Human Rights, an outside agency, the Office of Equal Employment Opportunity will not investigate this matter at this time. As such this case is closed.

You are invited to comment on the disposition of your complaint and to evaluate the EEO process. Your comments, if any, shall be documented in the OEEO case file, and shall be brought to my attention. In addition, you are invited to complete and return the enclosed *EEO Complainant Questionnaire* to this office.

You are advised to re-familiarize yourself with Patrol Guide Procedure 205-36 regarding your right to file a discrimination complaint with a federal, state, or local agency. If you have any questions, my staff and I would be happy to assist you. The assigned investigator in this case is Sergeant Dorothy Aiello.

Very truly yours,

Neldra M. Zeigler
Deputy Commissioner
Equal Employment Opportunity

## RETALIATION IS PROHIBITED
COURTESY ● PROFESSIONALISM ● RESPECT

# NEW YORK STATE

# DIVISION OF HUMAN RIGHTS

TO:     Files                                    REGION: Brooklyn

FROM:   Leon C. Dimaya                           DATE:    JUL 1 3 2012
        Regional Director

SDHR CASE NO: 10153253-12-E-ADRO-E

SUBJECT: William Hall v. City of New York, Police Department

## CLOSING STATEMENT

Federal Status: Title VII/ADEA/ADA
Federal Charge No. 16GB201675

Date of Filing:      1/17/2012
Date of Violation:   1/15/2012

Jurisdiction:   Employment
Basis:          Age, Disability, Race/Color, Opposed Discrimination/Retaliation

Joined Case: 10149931-William Hall v New York City Police Department, 10151836-William Hall v New York City Police Department, 10152770-William Hall v City of New York, Police Department

**DETERMINATION:**

Probable Cause



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>WILLIAM HALL,<br><br>                       Complainant,<br><br>            v.<br><br>NEW YORK CITY POLICE DEPARTMENT,<br>                     Respondent. | **VERIFIED COMPLAINT**<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10149931** |

Federal Charge No. 16GB104105

I, William Hall, residing at 2425 Mariboro Street, East Meadow, NY, 11554, charge the above named respondent, whose address is 1 Police Plaza, New York, NY, 10038 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, disability, opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 10/12/2010.

The allegations are:

See Attached Complaint



# New York State Division of Human Rights
## Complaint Form

*CONTACT INFORMATION*

My contact information:

Name: _William Hall_

Address: _2425 MARIBARO ST_          Apt or Floor #: _____

City: _EAST MEADOW_          State: _NY_   Zip: _11554_

*REGULATED AREAS*

I believe I was discriminated against in the area of:

☑ Employment              ☐ Education              ☐ Volunteer firefighting

☐ Apprentice Training     ☐ Boycotting/Blacklisting  ☐ Credit

☐ Public Accommodations   ☐ Housing                ☐ Labor Union, Employment
*(Restaurants, stores, hotels, movie*                        Agencies
*theaters amusement parks, etc.)*   ☐ Commercial Space


I am filing a complaint against:

Company or Other Name: _NEW YORK City POLICE DE_

Address: _1 POLICE PLAZA_

City: _N.Y._          State: _NY_   Zip: _____

Telephone Number: _212_ _974 2537_
              (area code)

Individual people who discriminated against me:

Name: _KRISTE SCULLAT_     Name: _MISS GORGIA_

Title: _C.O.M._            Title: _25_


*DATE OF DISCRIMINATION*

The most recent act of discrimination happened on: ___/___/___
                                                  month  day  year

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note:** Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

## I believe I was discriminated against because of my:

| | |
|---|---|
| ☑ **Age** *(Does not apply to Public Accommodations)* <br> Date of Birth: 12/04/53 | ☐ **Genetic Predisposition** *(Employment only)* <br> Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)* <br> Please specify: | ☐ **Marital Status** <br> Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)* <br> Please specify: | ☐ **Military Status:** <br> Please specify: |
| ☐ **Creed / Religion** <br> Please specify: | ☐ **National Origin** <br> Please specify: |
| ☑ **Disability**  HEARING <br> Please specify: | ☐ **Race/Color or Ethnicity** <br> Please specify: |
| ☐ **Domestic Violence Victim Status:** <br> *(Employment only)* <br> Please specify: | ☐ **Sex** <br> Please specify: ☐ Female  ☐ Male <br> ☐ Pregnancy <br> ☐ Sexual Harassment |
| ☐ **Familial Status** *(Housing and Credit only)* <br> Please specify: | ☐ **Sexual Orientation** <br> Please specify: |

| |
|---|
| ☑ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)* <br> Please specify: REPORTS + LOG ENTRIES |

 Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

5

# EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

How many employees does this company have?

a) 1-3     b) 4-14     c) 15 or more     (d) 20 or more)     e) Don't know

Are you currently working for the company?

☑ Yes

Date of hire: ( 0 6    14    8 5 )    What is your job title? _AUTO MECHANIC_
                   Month    day    year

☐ No

Last day of work: _____ _____ _____ )    What was your job title? _____
                   Month    day    year

☐ I was not hired by the company

Date of application: ( _____ _____ _____ )
                        Month    day    year


## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☐ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☑ Gave me different or worse job duties than other workers in my same title

☑ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☐ Other: _____

6

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

TRANSFERRED ME FROM PARTS DEPT COUNTER
TO WORK ON CARS +TRUCKS + REPLACED
ME WITH A YOUNGER MECHANIC THAT
WAS WORKING ON CARS + TRUCKS.
UN TRAINED IN USE OF LIFTS, TEC TOOLS
AND VEHICLES.
    ASKED FOR PHONE THAT CAN NOT
BE LOWERED OR TURNED OFF.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.*

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This /3 rd day of July , 201 1

_____
Signature of Notary Public

County: Nassau   Commission expires: 9 - 15 - 2013

Please note: *Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

9



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>WILLIAM HALL,<br><span style="float:right">Complainant,</span><br><br>v.<br><br>NEW YORK CITY POLICE DEPARTMENT,<br><span style="float:right">Respondent.</span> | **VERIFIED COMPLAINT**<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10151836** |

Federal Charge No. 16GB200608

I, William Hall, residing at 2425 Mariboro Street, East Meadow, NY, 11554, charge the above named respondent, whose address is 1 Police Plaza, New York, NY, 10038 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of opposed discrimination/retaliation.

Date most recent or continuing discrimination took place is 11/16/2011.

The allegations are:

SEE ATTACHED COMPLAINT



# New York State Division of Human Rights
## Complaint Form



## CONTACT INFORMATION

My contact information:

Name: _William Hall_

Address: _2422 Marlboro St_ Apt or Floor #: _____

City: _East Meadow_ State: _NY_ Zip: _11554_

## REGULATED AREAS

I believe I was discriminated against in the area of:

☐ Employment     ☐ Education     ☐ Volunteer firefighting

☐ Apprentice Training     ☐ Boycotting/Blacklisting     ☐ Credit

☐ Public Accommodations
*(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*     ☐ Housing

☐ Commercial Space     ☐ Labor Union, Employment Agencies

I am filing a complaint against:

Company or Other Name: _New York City Police Dept_

Address: _1 Police Plaza_

City: _New York_ State: _NY_ Zip: _10038_

Telephone Number: _212 476 3223_
(area code)

Individual people who discriminated against me:

Name: _____  Name: _____

Title: _____  Title: _____

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on: __/__ __/__ ____
                                                month        day        year

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*



You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

## I believe I was discriminated against because of my:

| | |
|---|---|
| ☐ **Age** *(Does not apply to Public Accommodations)*<br>Date of Birth: | ☐ **Genetic Predisposition** *(Employment only)*<br>Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)*<br>Please specify: | ☐ **Marital Status**<br>Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)*<br>Please specify: | ☐ **Military Status:**<br>Please specify: |
| ☐ **Creed / Religion**<br>Please specify: | ☐ **National Origin**<br>Please specify: |
| ☐ **Disability**<br>Please specify: | ☐ **Race/Color or Ethnicity**<br>Please specify: |
| ☐ **Domestic Violence Victim Status:**<br>*(Employment only)*<br>Please specify: | ☐ **Sex**<br>Please specify: ☐ Female  ☐ Male<br>    ☐ Pregnancy<br>    ☐ Sexual Harassment |
| ☐ **Familial Status** *(Housing and Credit only)*<br>Please specify: | ☐ **Sexual Orientation**<br>Please specify: |

☑ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*

Please specify: *OVER TIME* _____



Before you turn to the next page, please check this list to make sure that you provided information *only* for the type of discrimination that relates to your complaint.

# EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3          b) 4-14          c) 15 or more          d) 20 or more          e) Don't know

**Are you currently working for the company?**

☑ Yes

Date of hire:     (_____/_____/_____)     What is your job title? _Avis Rent a car_
                     Month     day     year

☐ No

Last day of work:  (_____ _____ _____)     What was your job title? _____
                     Month     day     year

☐ I was not hired by the company

Date of application: (_____ _____ _____)
                     Month     day     year

## ACTS OF DISCRIMINATION

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☑ Harassed or intimidated me (other than sexual harassment)

☑ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☑ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☑ Other: _____

DESCRIPTION OF DISCRIMINATION - for all complaints (Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)

Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. **PLEASE TYPE OR PRINT CLEARLY.**

LITTLE OVER A TIME BEFORE
THE DISCRIMINATION CHARGE.
NO OVERTIME AFTER.
NO TRAINING BEFORE CHARGE.
SENT TO TRAINING AFTER CHARGE.
NOT GIVING OVERTIME IS HARASSMENT
AND A FINANCIAL BURDEN.

If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.

NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing) as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

Subscribed and sworn before me
This ___ day of _____ 20__.

_____
Signature of Notary Public

County _____    Commission expires _____

**John Peter Plagianos**
**Notary Public State of New York**
**Qualified in Queens County**
**No. 02PL6301733**
**Commission Expires 03-02-2013**

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*



**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>WILLIAM HALL,<br><br>                  Complainant,<br><br>        v.<br><br>CITY OF NEW YORK, POLICE DEPARTMENT,<br>                  Respondent. | AMENDMENT TO<br>THE COMPLAINT<br><br>Case No.<br>10152770 |

Federal Charge No. 16GB201311

       Pursuant to the provisions of § 297.4a of the Human Rights Law (Executive Law, Article 15) of the State of New York, and the New York State Division of Human Rights ("Division"), Rules of Practice § 465.4, the complaint in the aforesaid proceeding is amended as follows:

       The Respondent, named in the original complaint as:

NEW YORK CITY POLICE DEPARTMENT

has been modified to the correct legal name for this entity, as follows:

CITY OF NEW YORK, POLICE DEPARTMENT

       The above caption to this document reflects the correct caption for this complaint, as modified and accepted for filing by the Division.

Dated: January 19, 2012
       Hempstead, New York

                        STATE DIVISION OF HUMAN RIGHTS

By: _____
                  Ronald B. Brinn,
                  Regional Director

**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>WILLIAM HALL,<br><br>                   Complainant,<br><br>        v.<br><br>CITY OF NEW YORK, POLICE DEPARTMENT,<br>                   Respondent. | **VERIFIED COMPLAINT**<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10152770** |

Federal Charge No. 16GB201311

     I, William Hall, residing at 2425 Mariboro Street, East Meadow, NY, 11554, charge the above named respondent, whose address is Legal Bureau One Police Plaza-- Room 1406, New York, NY, 10038 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, disability.

     Date most recent or continuing discrimination took place is 12/16/2011.

     The allegations are:

                        SEE ATTACHED COMPLAINT

RECEIVED

HEMPSTEAD REGIONAL OFFICE



# New York State Division of Human Rights
## Complaint Form

## CONTACT INFORMATION

**My contact information:**

Name: _William Hall_

Address: _24 25 Marlboro Street_   Apt or Floor #: _____

City: _East Meadow_   State: _N Y_   Zip: _11554_

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

- [x] Employment
- [ ] Apprentice Training
- [ ] Public Accommodations *(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*

- [ ] Education
- [ ] Boycotting/Blacklisting
- [ ] Housing
- [ ] Commercial Space

- [ ] Volunteer firefighting
- [ ] Credit
- [ ] Labor Union, Employment Agencies

**I am filing a complaint against:**

Company or Other Name: _New York City Police Dept_

Address: _1 Police Plaza_

City: _N Y C_   State: _N Y_   Zip: _10038_

Telephone Number: _718 476 7533_
(area code)

Individual people who discriminated against me:

Name: _____   Name: _____

Title: _____   Title: _____

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on: _12_ / _16_ / _11_
month — day — year

3

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

## I believe I was discriminated against because of my:

| | |
|---|---|
| ☑ **Age** *(Does not apply to Public Accommodations)* Date of Birth: *12 / 04 / 1953* | ☐ **Genetic Predisposition** *(Employment only)* Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)* Please specify: | ☐ **Marital Status** Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)* Please specify: | ☐ **Military Status:** Please specify: |
| ☐ **Creed / Religion** Please specify: | ☐ **National Origin** Please specify: |
| ☑ **Disability** Please specify: *HEARING* | ☐ **Race/Color or Ethnicity** Please specify: |
| ☐ **Domestic Violence Victim Status:** *(Employment only)* Please specify: | ☐ **Sex** Please specify: ☐ **Female**  ☐ **Male** ☐ **Pregnancy** ☐ **Sexual Harassment** |
| ☐ **Familial Status** *(Housing and Credit only)* Please specify: | ☐ **Sexual Orientation** Please specify: |
| ☐ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)* Please specify: | |

 Before you turn to the next page, please check this list to make sure that you provided information **only** for the type of discrimination that relates to your complaint.

5

# EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3        b) 4-14        c) 15 or more        d) 20 or more        e) Don't know

**Are you currently working for the company?**

☐ Yes

Date of hire:    ( _O6_ / _17_ / _1935_ )    What is your job title? _MECHANIC_

               Month     day     year

☐ No

Last day of work:    ( _____ / _____ / _____ )    What was your job title? _____

               Month     day     year

☐ I was not hired by the company

Date of application: ( _____ / _____ / _____ )

               Month     day     year

## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☑ Harassed or intimidated me (other than sexual harassment)

☑ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☑ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☑ Other: _LITTLE - OVER TIME_

6

**DESCRIPTION OF DISCRIMINATION** - for <u>all complaints</u> *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

**Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.** *PLEASE TYPE OR PRINT CLEARLY.*

GIVEN OVERTIME FOR SNOW STORM IN DE
AFTER IT WAS REFUSED BY YOUNGER
WORKERS. DID OVERTIME. SENT HOME
AFTER 2 HR. WORK. YOUNGER WORKERS
WERE ALLOW TO STAY FOR 4 OR MORE
HR. LONGER. NO OTHER OVER TIME
GIVEN TO ME BUT YOUNGER WORKERS
RECEIVED A LARGE AMOUNT OF OVERTIME.
DURING THE YEAR. SOME WORKERS MAY
BE AS OLD AS ME, BUT THEY DO NOT
HAVE THE SENIORITY. BASED ON MY
HEARING DISABILITY THIS ANOTHER REASON FOR
NOT GIVING ME OVERTIME.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form. **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.***

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

MICHAEL D. JACKSON
Notary Public, State of New York
No. 01JA6198718
Qualified in Queens County
Commission Expires Jan. 5, 2013

Subscribed and sworn before me
This ___ day of ___, 201_

_____
Signature of Notary Public

County: _____    Commission expires: _____

*Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.*

**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>WILLIAM HALL,<br><br>          **Complainant,**<br>    v.<br><br>CITY OF NEW YORK, POLICE DEPARTMENT,<br>          **Respondent.** | **VERIFIED COMPLAINT**<br>Pursuant to Executive Law,<br>Article 15<br><br>Case No.<br>**10153253** |

Federal Charge No. 16GB201675

  I, William Hall, residing at 2425 Mariboro Street, East Meadow, NY, 11554, charge the above named respondent, whose address is Legal Bureau One Police Plaza-- Room 1406, New York, NY, 10038 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of age, disability, race/color, opposed discrimination/retaliation.

  Date most recent or continuing discrimination took place is 1/15/2012.

  The allegations are:

        SEE ATTACHED COMPLAINT FORM



# New York State Division of Human Rights Complaint Form



RECEIVED

## CONTACT INFORMATION

HEMPSTEAD REGIONAL OFFICE

**My contact information:**

Name: _William Hall_

Address: _2725 MARLBORO ST_    Apt or Floor #: _____

City: _EAST MEADOW_    State: _NY_    Zip: _11554_

## REGULATED AREAS

**I believe I was discriminated against in the area of:**

☒ Employment    ☐ Education    ☐ Volunteer firefighting

☐ Apprentice Training    ☐ Boycotting/Blacklisting    ☐ Credit

☐ Public Accommodations *(Restaurants, stores, hotels, movie theaters amusement parks, etc.)*    ☐ Housing    ☐ Labor Union, Employment Agencies

☐ Commercial Space

**I am filing a complaint against:**

Company or Other Name: _NEW YORK CITY POLICE DEPT_

Address: _1 POLICE PLAZA_

City: _NY_    State: _NY_    Zip: _10038_

Telephone Number: _718_ _876 7633_
(area code)

Individual people who discriminated against me:

Name: _NYPD_    Name: _____

Title: _____    Title: _____

## DATE OF DISCRIMINATION

The most recent act of discrimination happened on: _1_ month _16_ day _2012_ year

3

## BASIS OF DISCRIMINATION
*Please tell us why you were discriminated against by checking one or more of the boxes below.*

 You do not need to provide information for every type of discrimination on this list. Before you check a box, make sure you are checking it only if you believe it was a reason for the discrimination. Please look at the list on Page 1 for an explanation of each type of discrimination.

**Please note**: Some types of discrimination on this list do not apply to all of the regulated areas listed on Page 3. (For example, Conviction Record applies only to Employment and Credit complaints, and Familial Status is a basis only in Housing and Credit complaints). These exceptions are listed next to the types of discrimination below.

### I believe I was discriminated against because of my:

| | |
|---|---|
| ☑ **Age** *(Does not apply to Public Accommodations)* <br> Date of Birth: <br><br> *12-4-53* | ☐ **Genetic Predisposition** *(Employment only)* <br> Please specify: |
| ☐ **Arrest Record** *(Only for Employment, Licensing, and Credit)* <br> Please specify: | ☐ **Marital Status** <br> Please specify: |
| ☐ **Conviction Record** *(Employment and Credit only)* <br> Please specify: | ☐ **Military Status:** <br> Please specify: |
| ☐ **Creed / Religion** <br> Please specify: | ☐ **National Origin** <br> Please specify: |
| ☑ **Disability** <br> Please specify: <br><br> *hearing* | ☑ **Race/Color or Ethnicity** <br> Please specify: <br><br> *White* |
| ☐ **Domestic Violence Victim Status:** <br> *(Employment only)* <br> Please specify: | ☐ **Sex** <br> Please specify: ☐ Female  ☐ Male <br>      ☐ **Pregnancy** <br>      ☐ **Sexual Harassment** |
| ☐ **Familial Status** *(Housing and Credit only)* <br> Please specify: | ☐ **Sexual Orientation** <br> Please specify: |

☑ **Retaliation** *(if you filed a discrimination case before, or helped someone else with a discrimination case, or reported discrimination due to race, sex, or any other category listed above)*

Please specify:  */*

 Before you turn to the next page, please check this list to make sure that you provided information **only** for the type of discrimination that relates to your complaint.

# EMPLOYMENT DISCRIMINATION

*Please answer the questions on this page only if you were discriminated against in the area of employment. If not, turn to the next page.*

**How many employees does this company have?**

a) 1-3          b) 4-14          c) 15 or more          (d) 20 or more          e) Don't know

**Are you currently working for the company?**

☑ **Yes**

Date of hire:     ( ___6___  ___15___  ___1985___ )     What is your job title? *MECHANIC*

       Month      day      year

☐ **No**

Last day of work:   ( _____  _____  _____ )     What was your job title? _____

       Month      day      year

☐ **I was not hired by the company**

Date of application: ( _____  _____  _____ )

       Month      day      year

## *ACTS OF DISCRIMINATION*

**What did the person/company you are complaining against do? Please check all that apply.**

☐ Refused to hire me

☐ Fired me / laid me off

☐ Did not call me back after a lay-off

☐ Demoted me

☐ Suspended me

☐ Sexually harassed me

☑ Harassed or intimidated me (other than sexual harassment)

☐ Denied me training

☐ Denied me a promotion or pay raise

☐ Denied me leave time or other benefits

☐ Paid me a lower salary than other workers in my same title

☐ Gave me different or worse job duties than other workers in my same title

☐ Denied me an accommodation for my disability

☐ Denied me an accommodation for my religious practices

☐ Gave me a disciplinary notice or negative performance evaluation

☐ Other: _____

6

**DESCRIPTION OF DISCRIMINATION -** for all complaints *(Public Accommodation, Employment, Education, Housing, and all other regulated areas listed on Page 3)*

*Please tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory.* **PLEASE TYPE OR PRINT CLEARLY.**

WhilE taking a break during my work shift on 1-20-11 with my co-workers, a younger black co-worker, Sean Rodny, came into the lunchroom and ordered me out of "his" seat. I got out of the seat and gave it to him. As I did so, he stated that if he caught me in "his" seat again, he would beat me up. Later in the break, he said I ask too many questions and borrow too many tools. If you want help, he said, you will have to buy us all dinner. He then attempted to get the other co-workers to agree. Some did. The reference to "too many questions" refers to my hearing loss and all the co-workers are younger than me. And this co-worker is black. All co-workers including the supervisor, Chris Devanney, have been antagonizing me about my hearing disability and my age, saying such things as: "STUPID OLD FUCK", "IDIOT", "JERK", "I TOLD YOU A THOUSAND TIMES, DON'T MAKE ME TELL YOU AGAIN". I no longer sit in that lunchroom. Additionally, the agency is steering overtime away from me to younger co-workers with no disabilities. I asked for a locker and a vise and to this date has not received either. I never asked for these things in writing. Other workers ask for these things and are given them in a reasonable length of time. Vacation time is being withheld by the agency although they were ordered to return it to me.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **PLEASE DO NOT WRITE ON THE BACK OF THIS FORM.**

8

## NOTARIZATION OF THE COMPLAINT

Based on the information contained in this form, I charge the above-named Respondent with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment), or filing my housing/credit complaint with HUD under Title VIII of the Federal Fair Housing Act, as amended (covers acts of discrimination in housing),as applicable. This complaint will protect your rights under Federal Law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law and/or to accept this complaint on behalf of the U.S. Department of Housing and Urban Development for review and additional filing by them, subject to the statutory limitations contained the in aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This _17_ day of _Jan_ , 20 _12_

BETTY W. RUSSELL
Notary Public, State of New York
No. 01RU5085065
Qualified in Nassau County
Commission Expires Sept. 15, 2013

Signature of Notary Public

County: _Nassau_

Commission expires: _9-15-2013_

**Please note: Once this form is notarized and returned to the Division, it becomes a legal document and an official complaint with the Division of Human rights. After the Division accepts your complaint, this form will be sent to the company or person(s) whom you are accusing of discrimination.**



NEW YORK STATE
# DIVISION OF HUMAN RIGHTS
ONE FORDHAM PLAZA
FOURTH FLOOR
BRONX, NEW YORK 10458

(718) 741-8400
Fax: (718) 741-3214
www.dhr.ny.gov

**ANDREW M. CUOMO**
GOVERNOR

**GALEN D. KIRKLAND**
COMMISSIONER

October 26, 2012

Re:    William Hall v. City of New York, Police Department
Case No.    10153253

To the Parties Listed Below:

Enclosed please find a copy of my proposed Recommended Order dismissing the complaint, which complainant requests and to which the respondent does not object. The Recommended Order will be submitted to the Commissioner for consideration as a Final Order.

Very truly yours,

Migdalia Parés
Administrative Law Judge

TO:
Complainant
William Hall
2425 Marlboro Street
East Meadow, NY 11554

Respondent
City of New York, Police Department
Attn: Eileen Flaherty, Assistant Counsel
Legal Bureau  One Police Plaza-- Room 1406
New York, NY 10038


State Division of Human Rights
Robert Goldstein, Director of Prosecutions
Bellew S. McManus, Senior Attorney
Christine Marbach Kellett, Chief Administrative Law Judge
Migdalia Pares, Administrative Law Judge
Sara Toll East, Chief, Litigation and Appeals
Caroline J. Downey, General Counsel
Melissa Franco, Deputy Commissioner for Enforcement
Peter G. Buchenholz, Adjudication Counsel
Matthew Menes, Adjudication Counsel

- 2 -

**ANDREW M. CUOMO**
GOVERNOR

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS
    on the Complaint of

WILLIAM HALL,

                    Complainant,

          v.

CITY OF NEW YORK, POLICE
DEPARTMENT,

                    Respondent.

**RECOMMENDED ORDER
OF DISMISSAL FOR
ADMINISTRATIVE
CONVENIENCE**

Case No. **10153253**

---

## PROCEEDINGS IN THE CASE

On October 17, 2012, Complainant filed a verified complaint with the New York State

Division of Human Rights ("Division"), charging Respondent with unlawful discriminatory

practices relating to employment in violation of N.Y. Exec. Law, art. 15 ("Human Rights Law").

After investigation, the Division found that it had jurisdiction over the complaint and that

probable cause existed to believe that Respondent had engaged in unlawful discriminatory

practices. The Division thereupon referred the case to public hearing.

The case was assigned to Migdalia Parés, an Administrative Law Judge ("ALJ") of the

Division. The Division was represented by Bellew S. McManus, Esq., Senior Attorney.

Respondent was represented by Eileen Flaherty, Esq., Assistant Counsel for Respondent NYC

Police Department.

On October 15, 2012, Complainant filed a motion in letter form requesting an administrative convenience dismissal in order to pursue remedies in a different court. Complainant's letter is hereby marked as ALJ Exhibit 1. On October 15, 2012, Respondent, by Attorney Flaherty, filed a letter advising that it had no objection to Complainant's request. Attorney Flaherty's letter is hereby marked as ALJ Exhibit 2.

Pursuant to Section 297.3(c) of the Human Rights Law, the complaint should be dismissed on the grounds of administrative convenience. The Complainant intends to pursue federal remedies in court, in which forum all the issues concerning the question of discrimination charged can be resolved.\

ORDERED, that the case be dismissed for administrative convenience.

Dated: October 25, 2012
    Bronx, New York

Migdalia Parés
Administrative Law Judge

- 2 -



POLICE DEPARTMENT

Legal Bureau
One Police Plaza – Room 1406
New York, N.Y. 10038
(646) 610-5400

October 25, 2012

The Honorable Migdalia Pares
Administrative Law Judge
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, New York 10458

Re:    William Hall v. City of New York, Police Department
        Case No. 10153253

Honorable Judge Pares:

I am in receipt of the letter submitted by the complainant in this matter, in which he requests that his pending State Division case be withdrawn so that he can pursue the matter in another forum.

Mr. Hall has a pending complaint in the Eastern District of New York before United States District Judge Sandra L. Townes. Mr. Hall was allowed by the Court to amend his federal complaint to include additional claims of discrimination.

Since Mr. Hall has chosen to pursue his claims in federal court (the same allegations that are before the State Division), the New York City Police Department has no objection to the request that his pending State Division case be dismissed.

By:    *Eileen Flaherty*

Eileen Flaherty
Assistant Counsel
Attorney for Respondent NYPD

cc:

William Hall
2425 Marlboro Street
East Meadow, New York 11554

Bellew S. McManus, Senior Attorney
One Fordham Plaza, 4th Floor
Bronx, New York 10458

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

Misc. 243-55 (09-12)

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | William Hall<br>2425 Mariboro Street<br>East Meadow, NY 11554 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2011-04105 | **Holly M. Woodyard,**<br>**Investigator** | (212) 336-3643 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Kevin J. Berry,_
**Kevin J. Berry,**
**District Director**

January 23, 2012
(Date Mailed)

Enclosures(s)

cc:  **CITY OF NEW YORK, POLICE DEPARTMENT**
**Attn: Legal Bureau**
**One Police Plaza, Room 1406**
**New York, NY 10038**